**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01247-AP

**BRIAN J. SEDLAK,**

    Plaintiff,

    v.

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Ruth K. Irvin, #10326<br>Irvin & Irvin<br>1443 Spruce Street<br>Boulder, CO 80302<br>303-543-0337<br>Fax: 303-543-0389<br>E-Mail: rkirvin@irvinlaw.net | John F. Walsh<br>United States Attorney<br><br>William G. Pharo<br>Assistant U.S. Attorney<br><br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>Office of General Counsel<br>Social Security Administration<br>1001 Seventeenth Street<br>Denver, CO 80202<br>Telephone: (303) 844-1570<br>Debra.meachum@ssa.gov |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    Date Complaint Was Filed: 05/11/11
    B.    Date Complaint Was Served on U.S. Attorney's Office: 05/19/11.
    C.    Date Answer and Administrative Record Were Filed: 07/18/11.

### 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until Plaintiff's opening brief is drafted.
**Defendant states:** To the best of his knowledge, the Record is complete.

### 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:**  None anticipated.
**Defendant states:**  None anticipated.

### 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:**  This case involves no unusual claims.
**Defendant states:**  This case does not involve unusual claims or defenses.

### 7. OTHER MATTERS

**Plaintiff states:** To the best of her knowledge, no matters other than those already addressed exist.
**Defendant states**:  To the best of his knowledge, there are no other matters.

### 8. BRIEFING SCHEDULE

    A.    Plaintiff's Opening Brief Due: 09/16/11
    B.    Defendant's Response Brief Due: 10/17/11
    C.    Plaintiff's Reply Brief (if any) Due: 10/31/11

### 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's request.
    B.    **Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 10th day of August, 2011.

                                    BY THE COURT:

                                    <u>s/John L. Kane</u>
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Ruth K. Irvin<br>Ruth K. Irvin, #10326<br>Irvin & Irvin<br>1443 Spruce Street<br>Boulder, CO 80302<br>303-543-0337<br>Fax: 303-543-0389<br>E-Mail: rkirvin@irvinlaw.net | JOHN F. WALSH<br>UNITED STATES ATTORNEY<br><br>WILLIAM G. PHARO<br>Assistant U.S. Attorney<br>United States Attorney's Office<br><br>s/Debra J. Meachum<br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>Office of General Counsel<br>Social Security Administration<br>1001 Seventeenth Street<br>Denver, CO 80202<br>Telephone: (303) 844-1570<br>Fax: (303) 844-0770<br>debra.meachum@ssa.gov<br><br>Attorneys for Defendant |