**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01247-PAB

BRIAN J. SEDLAK

      Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 28] of Judge Philip A. Brimmer entered on February 24, 2014, it is

**ORDERED** that the decision of the Commissioner that plaintiff was not disabled is **AFFIRMED**.  It is

**FURTHER ORDERED** that judgment is hereby entered in favor of the defendant and against the plaintiff and that the case is dismissed.  It is

**FURTHER ORDERED** that defendant CAROLYN W. COLVIN, Acting

Commissioner of Social Security, is **AWARDED** her costs, to be taxed by the Clerk of

the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

Dated at Denver, Colorado this 26th day of February, 2014

FOR THE COURT:
JEFFREY P. COLWELL, CLERK


s/Kathy Preuitt-Parks
Kathy Preuitt-Parks
Deputy Clerk